HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID LYNCH, a single man

Plaintiff,

v.

SERGEANT AARON JELCICK, et al.,

Defendants.

Case No. C09-5050RBL

ORDER GRANTING MOTIONS FOR LEAVE TO AMEND COMPLAINT

THIS MATTER is before the Court on Plaintiff's Motion to Amend Complaint and Join Parties [Dkt. #11] and Plaintiff's Motion for Leave to Amend Complaint [Dkt. #12]. Both were filed on June 22, 2009, and neither reflected a noting date. On June 23, Plaintiff noted both Motions for June 26. Under Local Rule 7(d)(2)(B), Motions to Amend are to be noted no less than seven judicial days after filing. Seven Judicial days after June 22 is July 1, 2009. Defendants' Response, if any, was due three judicial days before the noting date, or June 26. Defendants have not so responded. Despite the erroneous noting, therefore, the Motions are GRANTED.

IT IS SO ORDERED.

Dated this 1st day of July, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1