09-CV-05050-ORD

FILED ___ LODGED
___ RECEIVED

OCT 1 6 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID LYNCH,<br><br>Plaintiff,<br><br>v.<br><br>JELCICK, et al,<br><br>Defendants. | NO. 3:09-cv-05050-RBL<br><br>Proposed<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR WITHDRAWAL OF COUNSEL<br><br>Clerk's Action Required |

The Court having been fully informed of the reasons for withdrawal and noting that new counsel has appeared for defendants Kathe Alves, ARNP and Healthcare Delivery, Inc., hereby grants attorney Keith Kubik's Motion for Withdrawal pursuant to GR 2 (g)(2)(B).

DONE IN OPEN COURT this 16th day of October, 2009.

_____
The Honorable Ronald B. Leighton

ORDER GRANTING DEFENDANTS' MOTION
FOR WITHDRAWAL OF COUNSEL- 1

LAW OFFICES OF KEITH M. KUBIK
2510 Wells Fargo Center · 999 Third Avenue
Seattle · WA · 98104
Tel. 206.587.2647 · Fax 866-604-3579

PRESENTED BY:

LAW OFFICES OF KEITH M. KUBIK


<u>s/Keith M. Kubik</u>
Keith M. Kubik, WSBA #24218
Attorney for Defendants
Kathleen Alves and Healthcare Delivery, Inc.

Phone 206-587-2641
Law Offices of Keith M. Kubik
2510 Wells Fargo Center
999 Third Avenue
Seattle, WA 98104

ORDER GRANTING DEFENDANTS' MOTION
FOR WITHDRAWAL OF COUNSEL- 2